441 A.2d 789

Seipe, Appellant v. Bolta.

Submitted January 19, 1981. Robert C. Rowe, for appellant; Thomas A. Behney, for appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.